IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| S. SHANE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | )  1:16CV396 |
| v. | ) |
| | ) |
| FRANK L. PERRY, et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 7, 2019, was served on the parties in this action. (Docs. 103, 104.) Plaintiff objected to the Recommendation. (Doc. 107.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 90) be granted and that summary judgment be entered against Plaintiff on the claim (raised against Defendants in the Complaint) for denial of access to courts for failing to provide adequate legal services, and on any claim (raised against Defendants in Plaintiff's affidavit opposing Defendants' summary judgment motion and/or in Plaintiff's Objections to the Magistrate

Judge's Memorandum Opinion and Recommendation (Doc. 97)) for "denial of access to courts . . . [for] fail[ing] to permit [him to] mak[e] required photocopies" (Doc. 102 at 7-8).

                                                /s/    Thomas D. Schroeder
                                                United States District Judge

January 2, 2020